Cooper Realty Company, Respondent, v. Henry Benoit, Appellant, Impleaded with "Mary" Benoit, His Wife, the Name "Mary" Being Fictitious, etc.; and Others.— Judgment affirmed, with costs. No opinion.

Martha E. Egbert, Appellant, v. George Barrie and Robert Barrie, Doing Business under the Firm Name of George Barrie & Son, Respondents.— Judgment affirmed, with costs. No opinion.

Carl Schefer and Others, Copartners, under the Firm Name of Schefer, Schramm & Vogel, Respondents, v. Andrew B. Carton and Lawrence A. Carton, Appellants:— Judgment affirmed, with costs. No opinion.

Jesse L. Boskowitz, as Administrator, etc., of Ignatz Boskowitz, Deceased, Appellant, v. Joseph H. Sulzbacher, Respondent.— Judgment affirmed, with costs. No opinion.

Charles F. Maguire, Respondent, v. The Sperry & Hutchinson Company and Louis H. Hambro, Appellants.— Judgment and order affirmed, with costs. No opinion.

Luigi Franco, Respondent, v. Max Radt, Appellant.—Judgment and order affirmed, with costs. No opinion.

Edward S. Ellis, Appellant, v. Thomas D. Hurst and Richard Hurst, Respondents.— Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. James Kennedy, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title to the Lands, etc., Required for the Opening of West One Hundred and Seventy-seventh Street, etc., from Amsterdam Avenue to St. Nicholas Avenue, etc., and from Broadway to Riverside Drive, etc., Borough of Manhattan, City of New York. Meyer A. Bernheimer, Appellant; Broadway Amsterdam Company and Nestor Holding Company, Respondents.— Order affirmed, with ten dollars costs and disbursements, on prevailing opinion on former appeal (135 App. Div. 520). Ingraham, P. J., dissenting on dissenting opinion of Houghton, J., on former appeal.

In the Matter of Proving the Last Will and Testament of Charles A. Coutant, Deceased. Margaret B. Coutant, Appellant; Jennie Coutant Mason, Respondent.— Decree and order affirmed, with costs. No opinion.

Herman Prince, Respondent, v. Franklin Brewing Company, Appellant. —Judgment and order affirmed, with costs. No opinion.

John F. Schoenfelder as Administrator, etc., of Catharine R. Schoenfelder, Deceased, Respondent, v. New York Transportation Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (McLaughlin and Laughlin, JJ., dissenting.)

Isabel R. Wallach and Addie R. Altman, Respondents, v. Robert P. Pauwels and Others, Appellants.— Determination affirmed, with costs. No opinion.